373 A.2d 1133

Commonwealth v. Pearson, Appellant.

604

Submitted November 12, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.